IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **E. CALHOON** | Civ. No. 6:23-cv-00841-AA |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| **JOHN COCHRAN** | |
| Defendant. | |

_____

AIKEN, District Judge:

Plaintiff filed this case on June 9, 2023. ECF No. 1. Plaintiff filed proof of service by affidavit that Defendant was served on September 2, 2023. Defendant has failed to appear in the case. Plaintiff moves for Entry of Default against Defendant. ECF No. 9.

Under the Federal Rules of Civil Procedure, when a party fails to plead or otherwise defend, the clerk must enter the party's default. Fed. R. Civ. P.

Page 1 – OPINION AND ORDER

55(a). Accordingly, the Clerk of Court is ORDERED to enter DEFAULT in this case against Defendant.

It is so ORDERED.

Dated this 21st day of February 2025.

                     _____/s/Ann Aiken_____

                     Ann Aiken
                     United States District Judge

Page 2 – OPINION AND ORDER